# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0582. DARNELL NOLLEY v. THE STATE.**

In March 2012, Darnell Nolley pleaded guilty to two counts of possession of Schedule I controlled substances and a single count each of possession of less than one ounce of marijuana, crossing a guard line with contraband, driving with a suspended license, and failure to stop at a stop sign. In May 2022, Nolley moved to withdraw his guilty plea, claiming that his sentences on the charges of possessing a Schedule I substance were void.[1] On July 20, 2022, the trial court entered an order denying Nolley's motion and finding that the sentences imposed were within the range allowed under the statute as it existed in 2012. Nolley then filed this appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Nolley, however, did not file this appeal until October 1, 2022, 73 days after entry of the trial court's order. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/29/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.

---

[1] The motion underlying this appeal was the fourth motion filed by Nolley seeking to withdraw his guilty plea. Nolley appealed the orders denying two of those motions, and in both cases this Court concluded that Nolley was not entitled to the relief he sought. See Case No. A18A2087 (unpublished) (March 5, 2019); Case No. A20A1211 (unpublished) (October 29, 2020).